IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JIMMY LEE KROFT,**

    *Plaintiff*,

v.                                 Case No.: 1:24cv99-MW/MJF

**RATHAL, et al.,**

    *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

    This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. The Magistrate Judge recommends dismissal for maliciousness and abuse of the judicial process, given Plaintiff's status as a three-striker and his failure to fully disclose his litigation history. Plaintiff has since filed his response to an earlier order to show cause, indicating that he is waiting on family to assist him in paying the filing fee. ECF No. 10. However, Plaintiff has filed no objections to the Report and Recommendation, nor does his response to the order to show cause address the problems raised in the Report and Recommendation.

    Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 9, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice, pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i), for maliciousness and abuse of the judicial process." The Clerk shall close the file.

**SO ORDERED on October 7, 2024.**

s/Mark E. Walker<br>
**Chief United States District Judge**